## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

**JOSEPH STEPHENS**,

       Plaintiff,                       Civil Action No. **4:13-cv-00978-HFS**

v.

**STELLAR RECOVERY, INC.**,

       Defendant.

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff by and through his attorney J. Mark Meinhardt and for his Notice of Settlement, hereby states as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Plaintiff will file a Notice of Voluntary Dismissal with Prejudice with each party to pay his or its own attorney's fees and costs once the settlement documents have been executed by the parties and delivered to all counsel and the Plaintiff has received the settlement funds. The parties expect this to happen within the next sixty (60) days.

                                      Respectfully submitted,

Dated: October 29, 2013          By: s/ J. Mark Meinhardt
                                      J. Mark Meinhardt, #53501
                                      9400 Reeds Road, Suite 210
                                      Overland Park, KS 66207
                                      Office: (913) 827-1950
                                      Email: meinhardtlaw@gmail.com
                                      **ATTORNEY FOR PLAINTIFF**