IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH STEPHENS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-00978-CV-W-HFS |
| | ) | |
| STELLAR RECOVERY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff has filed a notice of dismissal with prejudice pursuant to Fed.R.Civ.P.

41(a)(1)(i).

Accordingly, it is hereby

ORDERED that the above captioned case is DISMISSED with prejudice.


/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE


December 18, 2013

Kansas City, Missouri